# UNITED STATES DISTRICT COURT
### for the

WESTERN District of North Carolina

Asheville Division

| | |
|---|---|
| Ronald Lee Peak _____ | )    Case No.    1:24-cv-282-MR |
| *Plaintiff(s)* | )      *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) |
| *please write "see attached" in the space and attach an additional* | )     **FILED** |
| *page with the full list of names.)* | )     ASHEVILLE, NC |
| -v- | ) |
| | )     **NOV 1 4 2024** |
| | ) |
| | )     U.S. DISTRICT COURT |
| | )     W. DISTRICT OF N.C. |
| Trooper D. Alexander _____ | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued. If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | ) |
| *with the full list of names. Do not include addresses here.)* | ) |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

I.     The Parties to This Complaint

   A.     The Plaintiff(s)

          Provide the information below for each plaintiff named in the complaint. Attach additional pages if
          needed.
          Name                          Ronald Lee Peak
          All other names by which
          you have been known:
          ID Number                     74386
          Current Institution           Transalvania County Sheriffs Detention Center
          Address                       153 Public Safety Way
                                        Brevard                NC            28712
                                        _City_                  _State_       _Zip Code_

   B.     The Defendant(s)

          Provide the information below for each defendant named in the complaint, whether the defendant is an
          individual, a government agency, an organization, or a corporation. Make sure that the defendant(s)
          listed below are identical to those contained in the above caption. For an individual defendant, include
          the person's job or title _(if known)_ and check whether you are bringing this complaint against them in their
          individual capacity or official capacity, or both. Attach additional pages if needed.

          Defendant No. 1
                 Name                    Trooper D. Alexander
                 Job or Title _(if known)_  State Trooper
                 Shield Number           # 1139NHP00
                 Employer                North Carolina Highway Patrol
                 Address
                                         Marion                 NC            28752
                                         _City_                  _State_       _Zip Code_
                                         ☑ Individual capacity   ☐ Official capacity

          Defendant No. 2
                 Name
                 Job or Title _(if known)_
                 Shield Number
                 Employer
                 Address
                                         _____
                                         _City_                  _State_       _Zip Code_
                                         ☐ Individual capacity   ☐ Official capacity

Defendant No. 3

    Name

    Job or Title *(if known)*

    Shield Number

    Employer

    Address

|  City  |  State  |  Zip Code  |
| --- | --- | --- |

☐ Individual capacity    ☐ Official capacity

Defendant No. 4

    Name

    Job or Title *(if known)*

    Shield Number

    Employer

    Address

|  City  |  State  |  Zip Code  |
| --- | --- | --- |

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1st amendment
4th amendment; protects individuals against law enforcement use of unreasonable
8th amendment force.
9th amendment

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.      Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. Trooper Dr Alexander # 1139 NH.POO used eccessive force by putting his hand around my neck and started choking me while I was in handcuffs.

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐   Pretrial detainee

☐   Civilly committed detainee

☐   Immigration detainee

☑   Convicted and sentenced state prisoner

☐   Convicted and sentenced federal prisoner

☐   Other *(explain)* _____

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.      If the events giving rise to your claim arose outside an institution, describe where and when they arose.

Mission Hospital McDowell       December 23, 2021

B.      If the events giving rise to your claim arose in an institution, describe where and when they arose.

Attachment:

IV.

Statement of Claim #1

On December 23, 2021 Trooper J.R. Alexander #1139NHP00 arrested me and drove me to Mission Hospital McDowell for a DWI blood test. As we went into the hospital he took me into a room were we was waiting on a Doctor/Nurse to draw my blood for the DWI test. As we were waiting, I was in handcuffs, we was going back and forth with words argueing, I never caused a threat, I never rose up out my seat, I was in cuffs. I was just talking the same as he was and just out of nowhere he lost it and put his hands around my neck started choking me in a tourtious way until I could barely breath telling me I dont deserve to live when he stop I told him you got to be the most stupidiest ⬛ in the world and that you just lost everything you work for, reason being I told him to look in the sky, the camera is on the ceiling right above us. and I remember saying to myself around 11:12/11:17 between 10 am and before 12 noon at Mission Hospital McDowell this state Trooper has put his hands around my neck, started choking me telling me I dont deserve to live. As soon as the male Doctor/Nurse came in and took my blood I told him what happen and that I needed the footage of the camera thats on the ceiling and he told me good luck, that it doesn't work and that you'll never get that. When I heard what he said I knew I was outnumbered and I was just so ready to go to the jail and get my bond and my phonecall. As soon as I got on the phone I told my girlfriend that this state Trooper just put his hands around my neck started choking me while I was in handcuffs telling me I dont deserve to live. The facts of my case: The officers car camera will show if the officers bodycam was on when we arrived at the hospital and him getting out his car, his bodycam will show what he done to me, the car camera will show when we got back to the car leaving the hospital if his bodycam was on or off getting in the car to take me to the jail to get bail.

C.     What date and approximate time did the events giving rise to your claim(s) occur?

December 23, 2021   After 10am (11:12/11:17 before 12 Noon

D.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Trooper Dr. Alexander put his hands around my neck and started choking me while I was in handcuffs. The camera inside the hospital room, also the officers bodycam will show what he done. The dashcam will show if the officers bodycam is on or off when he took me inside of the hospital

## V.     Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. See Attachment

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. $ 300,000

my life will never be the same, this situation has turn my life into a chaos, Im always thinking about what he's done to me or even has he done this to others an gotten away with it. Sometime Im scared to fall asleep due to me seeing his face and me not waking up. This situation might have cost me my life due to me not caring anymore and getting on drugs.

Case 1:24-cv-00282-MR    Document 1    Filed 11/14/24    Page 6 of 13

Attachment!

V. Injuries

Medical Treatment · Family Preservation · Mental Evaluation
Buncombe County Detention Facility · Dr Mario Zappvta prescribe medication on
June 22, 2023. See medical file., plus therapy
Mental Anguish · Emotional distress
PTSD · Post·traumatic stress disorder
Depression · Very Unhappy. I feel like my life will never be normal again
Nightmares of this man choking me, flashbacks
Mental Harm · having flashbacks, nightmares, feel like my life isn't worth living,
at all or mean anything anymore.
Anxiety · I'm always worrying about what may happen or what could've happen if
he would've want longer, and I'm always worried and scared when I see other
police officers.
Paranoia · Everytime I see a police officer I get scared, heart beats fast, I have
flashbacks of him squeezing my throat telling me I don't deserve to live.

## VII.  Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☑ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☐ No

☑ Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes

☐ No

E.  If you did file a grievance:

1.  Where did you file the grievance?

North Carolina Highway Patrol in Marion, NC

2.  What did you claim in your grievance? Asked why was essive force use while I was in handcuffs, by Trooper Q Alroander putting his hand around my throat and stated choking me.

3.  What was the result, if any? None.

4.  What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

F.   If you did not file a grievance:

    1.   If there are any reasons why you did not file a grievance, state them here:

_____

    2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: My Attorney Mariah Mclendon Law firm, she pick the case up and was trying to get me to plea out to 30 days but wasn't trying to get my video factage I ash fer, she came off all my cases, and told me there was no video, how when the officer have car camara, bodycam got me to plea out to 2 days active but LAURA A. Powell (Cheif Public Defender) I ashed her before I take this plea now do I go about getting my video factage of this officer

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative putting his hands remedies.
around my neck chokiny me She told me she need to send me a form which I havn't got yet. I even wrote to her ashiny about the form still no response

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.   Docket or index number

_____

4.   Name of Judge assigned to your case

_____

5.   Approximate date of filing lawsuit

_____

6.   Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Case 1:24-cv-00282-MR    Document 1    Filed 11/14/24    Page 11 of 13

☐ Yes

☑ No

D.   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.   Docket or index number

_____

4.   Name of Judge assigned to your case

_____

5.   Approximate date of filing lawsuit

_____

6.   Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    11 - 7 - 2024

| | |
|---|---|
| Signature of Plaintiff | Ronald Lee Peak |
| Printed Name of Plaintiff | Ronald Lee Peak |
| Prison Identification # | 74386 |
| Prison Address | 153 Public Safety Way |
| | Brevard                    NC        28712 |
| | *City*                    *State*    *Zip Code* |

### B.    For Attorneys

Date of signing:    _____

| | |
|---|---|
| Signature of Attorney | _____ |
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Address | _____ |
| | _____ |
| | *City*            *State*        *Zip Code* |
| Telephone Number | _____ |
| E-mail Address | _____ |